No. ——. Original. *Ex parte* IN THE MATTER OF WALTER COOK, PETITIONER. Submitted October 28, 1912. Decided November 4, 1912. Motion for leave to file petition for a writ of habeas corpus and for a rule to show cause denied. *Mr. Milton Strasburger* for the petitioner. No one opposing.

---

No. 8. SOCIETE ANONYME DES SUCRERIES DE ST. JEAN, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the District Court of the United States for Porto Rico. Argued October 30, 1912. Decided November 4, 1912. *Per Curiam:* Judgment affirmed. *Gonzales* v. *Buist,* 224 U. S. 126, 130; *Humes* v. *United States,* 170 U. S. 210, 212; *Schlemmer* v. *Buffalo R. R. Co.,* 205 U. S. 1, 10; *Improvement Co.* v. *Munson,* 14 Wall. 442, 448. *Mr. Colley W. Bell, Mr. Hugh B. Rowland* and *Mr. Benjamin S. Minor* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Denison* for the defendant in error.

---

No. 24. JOHN F. HANSON, PLAINTIFF IN ERROR, *v.* EMIL GUSTAFSON. In error to the Supreme Court of the State of Kansas. Submitted November 4, 1912. Decided November 11, 1912. *Per Curiam:* Dismissed for the want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Kimball* v. *Kimball,* 174 U. S. 158, 161–163, and cases cited. *Mr. John F. Hanson pro se. Mr. Emil Gustafson pro se.*